### IN THE UNITED STATES COURT OF APPEALS
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| PALM BEACH COUNTY,<br>a political subdivision<br>of the State of Florida, | ) <br> ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) | Case No. 26-1034 |
| | ) | |
| FEDERAL AVIATION<br>ADMINISTRATION, | ) <br> ) <br> ) | |
| Respondent. | ) <br> ) | |

---

### PETITION FOR REVIEW

---

Pursuant to 49 U.S.C. § 46110(a) and Rule 15 of the Federal Rules of Appellate Procedure, Palm Beach County hereby petitions this Court for review of the following orders of the Federal Aviation Administration ("FAA"):

1.      Departure Procedure AHABB ONE (OBSTACLE) (RNAV), effective January 22, 2026, attached hereto as Exhibit A;

2.      Departure Procedure MIXAE FOUR (RNAV), effective January 22, 2026, attached hereto as Exhibit B;

3.      Departure Procedure OLAKE THREE (RNAV), effective January 22, 2026, attached hereto as Exhibit C;

1

4.     Departure Procedure PALM BEACH FOUR, effective January 22, 2026, attached hereto as Exhibit D;

5.     Departure Procedure SLIDZ THREE (RNAV), effective January 22, 2026, attached hereto as Exhibit E;

6.     Departure Procedure TBIRD SEVEN (RNAV), effective January 22, 2026, attached hereto as Exhibit F;

7.     Departure Procedure WELLY FOUR (RNAV), effective January 22, 2026, attached hereto as Exhibit G;

8.     Instrument Approach Procedure ILS OR LOC RWY 10L, effective January 22, 2026, attached hereto as Exhibit H;

9.     Instrument Approach Procedure ILS OR LOC RWY 28R, effective January 22, 2026, attached hereto as Exhibit I;

10.     Instrument Approach Procedure RNAV (RNP) W RWY 28R, effective January 22, 2026, attached hereto as Exhibit J;

11.     Instrument Approach Procedure RNAV (RNP) Z RWY 10L, effective January 22, 2026, attached hereto as Exhibit K;

12.     Instrument Approach Procedure RNAV (RNP) Z RWY 14, effective January 22, 2026, attached hereto as Exhibit L;

13.     Instrument Approach Procedure RNAV (RNP) Z RWY 28R, effective January 22, 2026, attached hereto as Exhibit M;

14.     Instrument Approach Procedure RNAV (RNP) Z RWY 32, effective January 22, 2026, attached hereto as Exhibit N;

15.     Instrument Approach Procedure RNAV (GPS) X RWY 28R, effective January 22, 2026, attached hereto as Exhibit O;

16.     Instrument Approach Procedure RNAV (GPS) Y RWY 10L, effective January 22, 2026, attached hereto as Exhibit P;

17.     Instrument Approach Procedure RNAV (GPS) Y RWY 14, effective January 22, 2026, attached hereto as Exhibit Q;

18.     Instrument Approach Procedure RNAV (GPS) Y RWY 28R, effective January 22, 2026, attached hereto as Exhibit R;

19.     Instrument Approach Procedure RNAV (GPS) Y RWY 32, effective January 22, 2026, attached hereto as Exhibit S; and

20.     IFR Takeoff Minimums, (Obstacle) Departure Procedures, and Diverse Vector Area (Radar Vectors), attached hereto as Exhibit T, as it pertains to the procedures at West Palm Beach, FL, Palm Beach Intl (PBI).

Each of the above-referenced decisions render permanent modifications to the approach and departure procedures at the Palm Beach International Airport to avoid

the "national defense airspace" designated above Mar-a-Lago, which designation is the subject of the County's prior petition for review (Case No. 25-1282).[1]

Palm Beach County seeks relief on the grounds that the above-referenced decisions are arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law or supported by substantial evidence, and were issued in violation of laws including, but not limited to, the Administrative Procedure Act, 5 U.S.C. § 500 *et seq.*, National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.*, the National Historic Preservation Act, 54 U.S.C. § 300101 *et seq.*, and the Department of Transportation Act, 49 U.S.C. § 303(c).

## RULE 26.1 DISCLOSURE STATEMENT

Petitioner Palm Beach County is a political subdivision of the State of Florida, organized under the provisions of the Charter of Palm Beach County, and not a "nongovernmental corporate entity." Accordingly, Petitioner is not required to file a corporate disclosure statement pursuant to Federal Rule of Appellate Procedure 26.1(a).

---

[1] The County intends to file a motion to consolidate this petition with the County's prior petition for review (Case No. 25-1282, previously consolidated with Case No. 25-1283), unless this Court consolidates the petitions on its own initiative.

Dated: February 12, 2026

Respectfully submitted,

*/s/ Steven L. Osit*
Steven L. Osit
Samantha R. Caravello
John E. Putnam
Rebecca Glenn
Kaplan Kirsch LLP
1675 Broadway, Suite 2300
Denver, CO 80202
Telephone: (303) 825-7000
Email: sosit@kaplankirsch.com
    scaravello@kaplankirsch.com
    jputnam@kaplankirsch.com
    rglenn@kaplankirsch.com

*Counsel for Palm Beach County*

# Exhibit A

Case #26-1034    Document #2159433    Filed: 02/13/2026    Page

PALM BEACH INTL (PBI)
WEST PALM BEACH, FLORDIA

RNAV 1 - GPS.

PALM BEACH DEP CON
128.3  317.4
D-ATIS
123.75
CLNC DEL
121.6  284.6
CPDLC
GND CON
121.9  284.6

TAKEOFF MINIMUMS

Rwy 10L:   Standard with minimum climb of 505'/NM to 520.



AHABB

020°

099°

TAKEOFF OBSTACLE NOTES

Rwy 10L:  Lighting 9' from DER, 54' right of centerline, 2' AGL/17' MSL.
          Lighting 9' from DER, 55' left of centerline, 2' AGL/17' MSL.
          Pole 1466' from DER, 843' right of centerline, 53' AGL/64' MSL.



MSA PBI 25 NM

2600

NOTE: Chart not to scale.

## DEPARTURE ROUTE DESCRIPTION

TAKEOFF RUNWAY 10L: Climb on heading 099° to intercept course 020° to AHABB.

AHABB ONE DEPARTURE (OBSTACLE) (RNAV)
(AHABB1.AHABB) 22JAN26

WEST PALM BEACH, FLORDIA
PALM BEACH INTL  (PBI)

# Exhibit B

SE-3, 22 JAN 2026 to 19 MAR 2026



**TOP ALTITUDE:**
**RWYS 10L, 14, 28R: 7000**
**RWY 32: ASSIGNED BY ATC**

RNAV 1 - DME/DME/IRU or GPS.
RADAR required.

TAKEOFF MINIMUMS:
Rwys 10L, 14, 28R, 32: Standard with minimum climb of 500'/NM to 520.

NOTE: Jet aircraft only.

PALM BEACH DEP CON
127.35  343.6 (10L, 14)
128.3  317.4 (28R, 32)
D-ATIS
123.75
CLNC DEL
121.6  284.6
CPDLC
GND CON
121.9  284.6
PALM BEACH TOWER
119.1  257.8

NOTE: Chart not to scale.

MSA PBI 25 NM
2600

HALBI
096°
(19)
MIXAE  FL180
7000  *1300
096°
(8)
HEFFE
7000
096°
(19)
SMGLR
103°
(18)
070°
099°
CRRMN
083°
321°
279°
141°
520
CRYER
2500
PYRUT
7000
084°
(5)
FINNS
308°
(4)
UTLEY
4000
026°
(9)
114°
(29)

**DEPARTURE ROUTE DESCRIPTION**

TAKEOFF RUNWAY 10L: Climb on heading 099° to intercept course 070° to SMGLR, then on track 103° to cross HEFFE at 7000, thence. . . .
TAKEOFF RUNWAY 14: Climb on heading 141° to intercept course 083° to CRRMN, then on track 096° to cross HEFFE at 7000, thence. . . .
TAKEOFF RUNWAY 28R: Climb on heading 279° to 520, then direct CRYER, cross CRYER at or above 2500, then on track 308° to cross UTLEY at or above 4000, then on track 026° to FINNS, then on track 084° to cross PYRUT at 7000, then on track 114° to cross HEFFE at 7000, thence. . . .
TAKEOFF RUNWAY 32: Climb on heading 321°, for vectors to cross HEFFE at 7000, thence. . . .

. . . on track 096° to cross MIXAE at or above 7000 then on transition. Rwy 10L/14/28R: Maintain 7000, Rwy 32: Maintain ATC assigned altitude. Expect filed altitude 10 minutes after departure.

ALL AIRCRAFT: Climb gradients: If unable to accept climb rate advise ATC prior to departure. Runways 10L, 14, 28R, 32: 500'/NM to 520.

HALBI TRANSITION (MIXAE4.HALBI)

SE-3, 22 JAN 2026 to 19 MAR 2026

# Exhibit C

ase #26-1034 — Document #2159433 — Filed: 02/12/2026 Page

(OLAKE3.OLAKE) 26022          AL-449 (FAA)          PALM BEACH INTL (PBI)

# OLAKE THREE DEPARTURE (RNAV)

WEST PALM BEACH, FLORIDA

**TOP ALTITUDE:**
**11000**

NOTE: Chart not to scale.

RNAV 1 - DME/DME/IRU or GPS.

RADAR required.

SE-3, 22 JAN 2026 to 19 MAR 2026

N

SONNC
295°
(3)

AHABB
6000
295°
(19)

SMGLR
015°
(4)

CRRMN
017°
(2)

017°
070°
083°
060°

BAYBE
520
321°

279°

CRYER
2500
520

UTLEY
4000
308°
(4)

BAGGR
10000
319°
(14)
342°
(13)

283°
(22)

OLAKE
11000

FL180
*1400
279°
(32)

JAYMC

NOTE: Jet aircraft only.

TAKEOFF MINIMUMS
Rwys 10L, 14, 28R, 32: Standard with minimum climb of 500'/NM to 520.

(CONTINUED ON FOLLOWING PAGE)

SE-3, 22 JAN 2026 to 19 MAR 2026

PALM BEACH DEP CON
128.3  317.4
D-ATIS
123.75
CLNC DEL
121.6  284.6
CPDLC
GND CON
121.9  284.6
PALM BEACH TOWER
119.1  257.8

MSA PBI 25 NM
2600

OLAKE THREE DEPARTURE (RNAV)
(OLAKE3.OLAKE) 22JAN26

WEST PALM BEACH, FLORIDA
PALM BEACH INTL (PBI)

ase #26-1034   Document #2159433     Filed: 02/13/2026   Page



## DEPARTURE ROUTE DESCRIPTION

TAKEOFF RUNWAY 10L: Climb on heading 099° to intercept course 070° to SMGLR, then on track 015° to SONNC, then on track 295° to cross AHABB at or above 6000, then on track 295° to cross BAGGR at or above 10000, thence ...

TAKEOFF RUNWAY 14: Climb on heading 141° to intercept course 083° to CRRMN, then on track 017° to cross SMGLR, then on track 015° to SONNC, then on track 295° to cross AHABB at or above 6000, then on track 295° to cross BAGGR at or above 10000, thence ...

TAKEOFF RUNWAY 28R: Climb on heading 279° to 520, then direct CRYER, cross CRYER at or above 2500, then on track 308° to cross UTLEY at or above 4000, then on track 342° to cross BAGGR at or above 10000, thence ...

TAKEOFF RUNWAY 32: Climb on heading 321° to 520, then direct BAYBE, then on track 319° to cross BAGGR at or above 10000, thence ...

...on track 283° to cross OLAKE at or above 11000, then on transition.
Maintain 11000, expect filed altitude 10 minutes after departure.

ALL AIRCRAFT: Climb gradients: If unable to accept climb rate advise ATC prior to departure. Runways 10L, 14, 28R, 32: 500'/NM to 520.

JAYMC TRANSITION (OLAKE3.JAYMC)

SE-3, 22 JAN 2026 to 19 MAR 2026

SE-3, 22 JAN 2026 to 19 MAR 2026

OLAKE THREE DEPARTURE (RNAV)
(OLAKE3.OLAKE) 22JAN26

WEST PALM BEACH, FLORIDA
PALM BEACH INTL (PBI)

# Exhibit D

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page

(PBI4.PBI) 26022                          AL-449 (FAA)                          PALM BEACH INTL (PBI)

PALM BEACH FOUR DEPARTURE                                           WEST PALM BEACH, FLORIDA



**TOP ALTITUDE:**
**ASSIGNED BY ATC**

RADAR and DME required.

PALM BEACH DEP CON
128.3  317.4 (N)
127.35  343.6 (S)
D-ATIS
123.75
CLNC DEL
121.6  284.6
GND CON
121.9  284.6
PALM BEACH TOWER
119.1  257.8

ORLANDO
112.2  ORL
Chan 59

BAIRN

MATLK

WIXED

SARASOTA
117.0  SRQ
Chan 117

PERMT

JAYMC

CLEFF

R-057

75

FREEPORT
113.2  ZFP
Chan 79

LEE COUNTY
114.15  RSW
Chan 88(Y)

PALM BEACH
115.7  PBI
Chan 104

SPNER

FORT LAUDERDALE
114.4  FLL
Chan 91

SWAGS

VIRGINIA KEY
117.1  VKZ
Chan 118

TAKEOFF MINIMUMS
Rwys 14, 32: Standard.
Rwy 10L: Standard with minimum climb of 720'/NM to 416.
        Takeoff must occur no later than 2000' prior to DER.
        Do not exceed 210K until established north-northwest
        bound.
Rwy 10R: Standard with minimum climb of 350'/NM to 414. Do
        not exceed 150K until established south-southwest bound.
Rwys 28L/R: Standard with minimum climb of 210'/NM to 1800.

MSA PBI 25 NM
2600

NOTE: Chart not to scale.

**DEPARTURE ROUTE DESCRIPTION**

TAKEOFF ALL RUNWAYS:  Climb on assigned heading for RADAR vectors to filed or assigned
route. Maintain ATC assigned altitude. Expect filed altitude 10 minutes after departure.

PALM BEACH FOUR DEPARTURE                                    WEST PALM BEACH, FLORIDA
(PBI4.PBI)  22JAN26                                          PALM BEACH INTL  (PBI)

SE-3, 22 JAN 2026 to 19 MAR 2026

# Exhibit E

ase #26-1034    Document #2159433    Filed: 02/13/2026    Page

(SLIDZ3.SLIDZ)    26022    AL-449 (FAA)

# SLIDZ THREE DEPARTURE (RNAV)

PALM BEACH INTL (PBI)
WEST PALM BEACH, FLORIDA

SE-3, 22 JAN 2026 to 19 MAR 2026

SE-3, 22 JAN 2026 to 19 MAR 2026

**TOP ALTITUDE:**
RWYS 10L/14/28R: 12000
RWY 32: ASSIGNED BY ATC

RNAV 1 - DME/DME/IRU or GPS.

RADAR required.

PALM BEACH DEP CON
128.3  317.4
D-ATIS
123.75
CLNC DEL
121.6  284.6
CPDLC
GND CON
121.9  284.6
PALM BEACH TOWER
119.1  257.8

TAKEOFF MINIMUMS
Rwys 10L, 14, 28R, 32: Standard with minimum climb of 500'/NM to 520.



MSA PBI 25 NM
2600

NOTE: Jet aircraft only.

(CONTINUED ON FOLLOWING PAGE)

NOTE: Chart not to scale.

LENDS

QUIZR
013°
(102)

FL180
*1300
(52)

FIXAS
049°    12000
*1300

SLIDZ
049°    10000
(10)

082°
(24)

055°
(19)

051°
(21)

SMGLR
070°
099°

CRRMN
083°

321°
279°    141°

CRYER
2500

520

PYRUT
7000

084°
(5)

308°
(4)

UTLEY
4000

FINNS
026°    (6)

N

# SLIDZ THREE DEPARTURE (RNAV)

(SLIDZ3.SLIDZ)    22JAN26

WEST PALM BEACH, FLORIDA
PALM BEACH INTL (PBI)

815

(SLIDZ3.SLIDZ) 26022          AL-449 (FAA)

ase #26-1034    Document #2159433          Filed: 02/13/2026    PALM BEACH INTL (PBI)age

SLIDZ THREE DEPARTURE (RNAV)          WEST PALM BEACH, FLORIDA

▼          DEPARTURE ROUTE DESCRIPTION

TAKEOFF RUNWAY 10L: Climb on heading 099° to intercept course 070° to SMGLR, then on track 055° to cross SLIDZ at or above 10000, thence. . .

TAKEOFF RUNWAY 14: Climb on heading 141° to intercept course 083° to CRRMN, then on track 051° to cross SLIDZ at or above 10000, thence. . .

TAKEOFF RUNWAY 28R: Climb on heading 279° to 520, then direct CRYER, cross CRYER at or above 2500, then on track 308° to cross UTLEY at or above 4000, then on track 026° to FINNS, then on track 084° to cross PYRUT at or above 7000, then on track 082° to cross SLIDZ at or above 10000, thence. . .

TAKEOFF RUNWAY 32: Climb on heading 321°, for vectors to cross SLIDZ at or above 10000, thence. . .

. . . .on track 049° to cross FIXAS at or above 12000, then on transition, maintain ATC assigned altitude. Expect filed altitude ten minutes after departure.

ALL AIRCRAFT: Climb gadients: If unable to accept climb rate advise ATC prior to departure. Runways 10L, 14, 28R, 32: 500'/NM to 520.

LENDS TRANSITION (SLIDZ3.LENDS)

SLIDZ THREE DEPARTURE (RNAV)          WEST PALM BEACH, FLORIDA
(SLIDZ3.SLIDZ)  22JAN26          PALM BEACH INTL (PBI)

# Exhibit F

Case #26-1034   Document #2159433   Filed: 02/12/2026   Page 2

| PALM BEACH DEP CON | RNAV 1 - DME/DME/IRU or GPS. | **TOP ALTITUDE:** |
| 128.3  317.4 | | **11000** |
| D-ATIS | RADAR required. | |
| 123.75 | | |
| CLNC DEL | | |
| 121.6  284.6 | | |
| CPDLC | | |
| GND CON | | |
| 121.9  284.6 | | |
| PALM BEACH TOWER | | |
| 119.1  257.8 | | |

NOTE: Jet aircraft only.
NOTE: CHEFS Transition for use by MCO or DAB area arrivals.
NOTE: MATLK Transition for use by aircraft filed to Jacksonville
      area airports only, or as assigned by ATC.

See following page
for transition routes.

△ TBIRD

345°
(16)

BAGGR
10000

295°
(19)

319°
(14)

342°
(13)

AHABB
6000

295°
(3)

SONNC

015°
(4)

BAYBE
520

SMGLR

321°

017°
(2)

099°

070°

UTLEY
4000

308°
(4)

CRYER
2500       520

279°

141°

083°

CRRMN

TAKEOFF MINIMUMS
Rwys 10L, 14, 28R, 32: Standard with
minimum climb of 500'/NM to 520.

MSA PBI 25 NM
2600

NOTE: Chart not to scale.        (CONTINUED ON FOLLOWING PAGE)

SE-3, 22 JAN 2026 to 19 MAR 2026

(TBIRD7.TBIRD) 26022    AL-449 (FAA)    PALM BEACH INTL (PBI)

# TBIRD SEVEN DEPARTURE (RNAV) Transition Routes

WEST PALM BEACH, FLORIDA

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page

| PALM BEACH DEP CON | RNAV 1 - DME/DME/IRU or GPS. | TOP ALTITUDE: |
| 128.3  317.4 | RADAR required. | 11000 |
| D-ATIS | | |
| 123.75 | | |
| CLNC DEL | | |
| 121.6  284.6 | | |
| CPDLC | | |
| GND CON | | |
| 121.9  284.6 | | |
| PALM BEACH TOWER | | |
| 119.1  257.8 | | |

NOTE: Jet aircraft only.
NOTE: CHEFS Transition for use by MCO or DAB area arrivals.
NOTE: MATLK Transition for use by aircraft filed to Jacksonville area airports only, or as assigned by ATC.



VIYAP

003°
*1600
(48)
FL180

FEMON

003°
*2300
(71)
FL180

DUCEN

002°
2800
(22)
FL180

ZERBO

345°
*2800
(35)
FL180

ONEWY

356°
*3000
(33)
FL180

SHRKS

001°
*1800
(102)
FL180

MJAMS

342°
*1700
(38)
FL180

WAKKO

334°
*2700
(36)
FL180

HAHNA

KPASA

280°
FL180
*2200
(38)

SMELZ

273°
FL180
*2200
(48)

MATLK

330°
*2700
(23)
FL180

325°
*1500
(25)
FL180

PANNT

342°
*1500
(13)
16000

SIGME

344°
*1400
(10)
16000

CHEFS

316°
14000
*1600
(20)

TBIRD

TAKEOFF MINIMUMS
Rwys 10L, 14, 28R, 32: Standard with minimum climb of 500'/NM to 520.

MSA PBI 25 NM

2600

NOTE: Chart not to scale.

(CONTINUED ON FOLLOWING PAGE)

# TBIRD SEVEN DEPARTURE (RNAV) Transition Routes

(TBIRD7.TBIRD) 22JAN26

WEST PALM BEACH, FLORIDA
PALM BEACH INTL (PBI)

ase #26-1034 — Document #2159433     Filed: 02/18/2026 (PB)Page



PALM BEACH INTL (PBI)
WEST PALM BEACH, FLORIDA



## DEPARTURE ROUTE DESCRIPTION

<u>TAKEOFF RUNWAY 10L:</u> Climb on heading 099° to intercept course 070° to SMGLR, then on track 015° to SONNC, then on track 295° to cross AHABB at or above 6000, then on track 295° to cross BAGGR at or above 10000, thence. . .

<u>TAKEOFF RUNWAY 14:</u> Climb on heading 141° to intercept course 083° to CRRMN, then on track 017° to SMGLR, then on track 015° to SONNC, then on track 295° to cross AHABB at or above 6000, then on track 295° to cross BAGGR at or above 10000, thence. . .

<u>TAKEOFF RUNWAY 28R:</u> Climb on heading 279° to 520, then direct CRYER, cross CRYER at or above 2500, then on track 308° to cross UTLEY at or above 4000, then on track 342° to cross BAGGR at or above 10000, thence. . .

<u>TAKEOFF RUNWAY 32:</u> Climb on heading 321° to 520, then direct BAYBE, then on track 319° to cross BAGGR at or above 10000, thence. . .

. . .on track 345° to TBIRD, then on assigned transition, maintain 11000. Expect filed altitude 10 minutes after departure.

<u>ALL AIRCRAFT:</u> Climb gradients: If unable to accept climb rate advise ATC prior to departure. Runways 10L, 14, 28R, 32: 500'/NM to 520.

CHEFS TRANSITION (TBIRD7.CHEFS)
KPASA TRANSITION (TBIRD7.KPASA)
MATLK TRANSITION (TBIRD7.MATLK)
SHRKS TRANSITION (TBIRD7.SHRKS)
SMELZ TRANSITION (TBIRD7.SMELZ)
VIYAP TRANSITION (TBIRD7.VIYAP)

SE-3, 22 JAN 2026 to 19 MAR 2026

SE-3, 22 JAN 2026 to 19 MAR 2026

TBIRD SEVEN DEPARTURE (RNAV)
(TBIRD7.TBIRD) 22JAN26

WEST PALM BEACH, FLORIDA
PALM BEACH INTL (PBI)

# Exhibit G

ase #26-1034     Document #2159433     Filed: 02/13/2026     Page

820

# WELLY FOUR DEPARTURE (RNAV)



**TOP ALTITUDE:**
RWY 10L, 28R: 4000
RWY 14, 32: 1500

RNAV 1-DME/DME/IRU or GPS.
RADAR required.

SE-3, 22 JAN 2026 to 19 MAR 2026

PALM BEACH DEP CON
127.35  343.6
D-ATIS
123.75
CLNC DEL
121.6  284.6
CPDLC
GND CON
121.9  284.6
PALM BEACH TOWER
119.1  257.8

NOTE: Jet aircraft only.

TAKEOFF MINIMUMS
Rwys 14, 28R: Standard.
Rwys 10L, 32: Standard with minimum climb of 500'/NM to 520.

NOTE: Chart not to scale.

## DEPARTURE ROUTE DESCRIPTION

**TAKEOFF RUNWAY 10L:** Climb on heading 099° to intercept course 070° to SMGLR, then on track 110° for vectors to SLAAM, thence . . . . .
**TAKEOFF RUNWAY 14:** Climb on heading 141° for vectors to SLAAM, thence . . . . .
**TAKEOFF RUNWAY 28R:** Climb on heading 279° to 520, then direct CRYER, then on depicted route to SLAAM, thence . . . .
**TAKEOFF RUNWAY 32:** Climb on heading 321° to intercept course 264° to CRYER, then on depicted route to SLAAM, thence . . .

. . . on track 272° to WELLY. Rwy 10L, 28R maintain 4000. Rwy 14, 32 maintain 1500. Expect filed altitude 10 minutes after departure.

SE-3, 22 JAN 2026 to 19 MAR 2026

WEST PALM BEACH, FLORIDA
PALM BEACH INTL (PBI)

## WELLY FOUR DEPARTURE (RNAV)

(WELLY4.WELLY) 22JAN26

# Exhibit H

ase #26-1034    Document #2159433        Filed: 02/12/2026        Page

WEST PALM BEACH, FLORIDA                    AL-419 (FAA)                                        26022

| LOC/DME I-PBI | APP CRS | Rwy Ldg | **8151** |
|---|---|---|---|
| **111.9** | **099°** | TDZE | **16** |
| Chan **56** | | Apt Elev | **20** |

## ILS or LOC RWY 10L
### PALM BEACH INTL (PBI)

RNP APCH-GPS.  From GULLO.

DME required.

For inop ALS, increase S-LOC 10L Cat C/D visibility to RVR 5500.
\* RVR 1800 authorized with use of FD or AP or HUD to DA.

MALSR

MISSED APPROACH: Climb to 600 then climbing left turn to 3000 on heading 323° and PBI VORTAC R-343 to MORGA/PBI 17.8 DME and hold.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|---|---|---|---|
| **123.75** | **128.3  317.4** | **119.1  257.8** | **121.9  284.6** |



SE-3, 22 JAN 2026 to 19 MAR 2026

MSA PBI 25 NM  2600

VGSI and ILS glidepath not coincident (VGSI Angle 3.00/TCH 68).

One Minute Holding Pattern

| ELEV 20 | **D** | TDZE 16 |

| CATEGORY | A | B | C | D |
|---|---|---|---|---|
| S-ILS 10L * | | 216/24  200 (200-½) | | |
| S-LOC 10L | 380/24  364 (400-½) | | 380/35   364 (400-⅝) | |

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

WEST PALM BEACH, FLORIDA
Amdt 29  22JAN26

26°41'N-80°06'W
797

PALM BEACH INTL (PBI)
## ILS or LOC RWY 10L

# Exhibit I

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page

2602

WEST PALM BEACH, FLORIDA                    AL-419 (FAA)

# ILS or LOC RWY 28R
## PALM BEACH INTL (PBI)

| LOC I-PWB | APP CRS | Rwy Ldg | 8240 |
|-----------|---------|---------|------|
| **111.9** | **279°** | TDZE | 18 |
| | | Apt Elev | 20 |

DME required.  RADAR required for procedure entry.

MISSED APPROACH: Climb to 500 then climbing right turn to 3000 on PBI VORTAC R-343 to MORGA/PBI 17.8 DME and hold.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|--------|--------------------|--------------------|---------|
| **123.75** | **128.3  317.4** | **119.1  257.8** | **121.9  284.6** |

SE-3, 22 JAN 2026 to 19 MAR 2026



MISSED APCH FIX

MORGA PBI 17.8

PALM BEACH
115.7 PBI
Chan 104

LOCALIZER 111.9
I-PWB

HOLD 4000 / 3000

099°  279°  279°  099°
1 min

200  1500
279°
(6)

RELTY PBI 4.8 RADAR

(IF/IAF) CUPED PBI 10.8 RADAR

MSA PBI 25 NM
2600

| ELEV | 20 | D | TDZE | 18 |
|------|-----|---|------|-----|

TWR
10L
10R 3214 X 75
28R
32
279°
10001 X 150
6931 X 150

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

FAF to MAP  4.5 NM

| Knots | 60 | 90 | 120 | 150 | 180 |
|-------|-----|-----|-----|-----|-----|
| Min:Sec | 4:30 | 3:00 | 2:15 | 1:48 | 1:30 |

500  3000  PBI R-343  MORGA

VGSI and ILS glidepath not coincident (VGSI Angle 3.00/TCH 70).

One Minute Holding Pattern

CUPED PBI 10.8 RADAR

RELTY PBI 4.8 RADAR

PBI 0.4

1500

279°  279°

099°  4000 / 3000

GS 3.00° / TCH 58

1500

4.5 NM    6 NM

| CATEGORY | A | B | C | D |
|----------|---|---|---|---|
| S-ILS 28R | | 218/40  200 (200-¾) | | |
| S-LOC 28R | 460/55  442 (500-1) | | 460-1⅜  442 (500-1⅜) | |
| CIRCLING | 560-1  540 (600-1) | | 740-2  720 (800-2) | 780-2½  760 (800-2½) |

WEST PALM BEACH, FLORIDA
Amdt 4A  01DEC22

26°41'N-80°06'W

PALM BEACH INTL (PBI)
# ILS or LOC RWY 28R

SE-3, 22 JAN 2026 to 19 MAR 2026

# Exhibit J

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page



WEST PALM BEACH, FLORIDA                    AL-419 (FAA)                    26022

# RNAV (RNP) W RWY 28R
### PALM BEACH INTL (PBI)

| APP CRS | Rwy Ldg | 8240 |
|---|---|---|
| **279°** | TDZE | 18 |
| | Apt Elev | 20 |

RNP AR APCH - GPS, RF. Authorization required.

▽ For uncompensated Baro-VNAV systems, procedure NA below 6°C or above 54°C.

MISSED APPROACH: Climb to 3000 on the final approach track to RW28R and direct JANTU and track on 006° to MORGA and hold.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|---|---|---|---|
| **123.75** | **128.3  317.4** | **119.1  257.8** | **121.9  284.6** |



ELEV 20   D  TDZE 18

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

| CATEGORY | A | B | C | D |
|---|---|---|---|---|
| RNP 0.30 DA | | 725-2½  707 (800-2½) | | |

## AUTHORIZATION REQUIRED

WEST PALM BEACH, FLORIDA                    PALM BEACH INTL (PBI)

Orig  17APR25

26°41'N-80°06'W
799

# RNAV (RNP) W RWY 28R

# Exhibit K

ase #26-1034     Document #2159433     Filed: 02/12/2026     Page

WEST PALM BEACH, FLORIDA                AL-419 (FAA)                                    26022

## RNAV (RNP) Z RWY 10L
### PALM BEACH INTL (PBI)

| APP CRS | Rwy Ldg | 8151 |
|---------|---------|------|
| **099°** | TDZE | **16** |
| | Apt Elev | **20** |

RNP AR APCH - GPS.

▽  For uncompensated Baro-VNAV systems, procedure NA below 6°C or above 54°C.

MALSR

**MISSED APPROACH:** Climb to 1000 then climbing left turn to 3000 direct MORGA and hold.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|--------|--------------------|--------------------|---------|
| **123.75** | **128.3  317.4** | **119.1  257.8** | **121.9  284.6** |





| ELEV | 20 | D | TDZE | 16 |
|------|----|----|------|----|

VGSI and RNAV glidepath not coincident (VGSI Angle 3.00/TCH 68).

GP 3.00°
TCH 52

ZISUR
2000

**2000**

099°

See planview for multiple IF locations.

RW10L

|← 6.1 NM →|

| CATEGORY | A | B | C | D |
|----------|---|---|---|---|
| RNP 0.30 DA | | 355/26  339 (400-½) | | |

## AUTHORIZATION REQUIRED

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

WEST PALM BEACH, FLORIDA
Amdt 2A  01DEC22

26°41'N-80°06'W

PALM BEACH INTL (PBI)
## RNAV (RNP) Z RWY 10L

# Exhibit L

ase #26-1034    Document #2159433          Filed: 02/12/2026        Page

WEST PALM BEACH, FLORIDA                AL-419 (FAA)                                    26022

| APP CRS | Rwy Ldg | **6000** |
|---------|---------|----------|
| **141°** | TDZE | **17** |
| | Apt Elev | **20** |

# RNAV (RNP) Z RWY 14
## PALM BEACH INTL (PBI)

RNP AR APCH - GPS.

▼ For uncompensated Baro-VNAV systems, procedure NA below 6°C or above 54°C.

MISSED APPROACH: Climb to 2000 direct CUSIK and on track 204 to LANCH and hold.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|--------|--------------------|--------------------|---------|
| **123.75** | **128.3  317.4** | **119.1  257.8** | **121.9  284.6** |



MSA RW 14 25 NM
2600

SE-3, 22 JAN 2026 to 19 MAR 2026

VGSI and RNAV glidepath not coincident (VGSI Angle 3.00/TCH 66).

| | 2000 | CUSIK | LANCH |
|-|------|-------|-------|
| | ↑ | ✦ | △ |
| | | tr 204° | |

See planview for multiple IF locations.

ZABTA 1100

GP 3.00° TCH 51

1100    141°    RW14

3.2 NM

| CATEGORY | A | B | C | D |
|----------|---|---|---|---|
| RNP 0.30 DA | | 354-1 | 337 (400-1) | |

## AUTHORIZATION REQUIRED

ELEV 20    D    TDZE 17

141°
TWR

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

WEST PALM BEACH, FLORIDA                        PALM BEACH INTL (PBI)
Amdt 1  12AUG21                                 # RNAV (RNP) Z RWY 14

26°41'N-80°06'W
801

# Exhibit M

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page

WEST PALM BEACH, FLORIDA    AL-419 (FAA)    26022

# RNAV (RNP) Z RWY 28R
### PALM BEACH INTL (PBI)

| APP CRS | Rwy Ldg | 8240 |
|---------|---------|------|
| **279°** | TDZE | 18 |
|  | Apt Elev | 20 |

RNP AR APCH - GPS.

For uncompensated Baro-VNAV systems, procedure NA below 6°C or above 54°C.

MISSED APPROACH: Climb to 500 then climbing right turn to 3000 direct MORGA and hold.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|--------|--------------------|-------------------|---------|
| **123.75** | **128.3  317.4** | **119.1  257.8** | **121.9  284.6** |



| ELEV | 20 | D | TDZE | 18 |

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

See planview for multiple IF locations.

VGSI and RNAV glidepath not coincident (VGSI Angle 3.00/TCH 70).

| CATEGORY | A | B | C | D |
|----------|---|---|---|---|
| RNP 0.30 DA | | 404/60 | 386 (400-1¼) | |

## AUTHORIZATION REQUIRED

WEST PALM BEACH, FLORIDA
Amdt 1  12AUG21

26°41'N-80°06'W

PALM BEACH INTL (PBI)
### RNAV (RNP) Z RWY 28R

SE-3, 22 JAN 2026 to 19 MAR 2026

# Exhibit N

WEST PALM BEACH, FLORIDA AL-448 (FAA) 26022

# RNAV (RNP) Z RWY 32
PALM BEACH INTL (PBI)

| APP CRS | Rwy Ldg | 6513 |
|---|---|---|
| **321°** | TDZE | 16 |
| | Apt Elev | 20 |

RNP AR APCH - GPS.

▽ For uncompensated Baro-VNAV systems, procedure NA below 6°C or above 54°C.

MISSED APPROACH: Climb to 3000 direct FOMID and on track 005° to MORGA and hold.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|---|---|---|---|
| **123.75** | **128.3  317.4** | **119.1  257.8** | **121.9  284.6** |

SE-3, 22 JAN 2026 to 19 MAR 2026

MISSED APCH FIX
MORGA
163°
343°
4 NM

005°
(11.1)

FOMID

(IAF)
HETMO
4000 210K
3,500
80°
(3.6)

(IF)
KARRL
3,500
180°
(4.6)

PALLM

RW32

321°
(4.5)

(FAF)
RUMDE
1500
(7.4)

(IF)
BEKAH
6000 210K

5000
120°
(7)

1500
321° (3)
REEEL

2400
321°
(4.5)

(IF)
LIDRE
3000

QATHY

4300
120° (2.6)
COBAC

2400
(6.1)

MSA RW 32 25 NM
2600

| ELEV | 20 | D | TDZE | 16 |
|---|---|---|---|---|

| 3000 | FOMID | | MORGA |
|---|---|---|---|
| ↑ | ✦ | tr 005° | △ |

VGSI and RNAV glidepath not coincident
(VGSI Angle 3.25°/TCH 57).

RW32
321°

RUMDE
1500

1500

See planview for multiple
IF locations.

GP 3.00°
TCH 57

4.5 NM

TWR
6631 X 150
10L
10R
3214 X 75
10001 X 150
28R
28L
32
321°

| CATEGORY | A | B | C | D |
|---|---|---|---|---|
| RNP 0.11  DA | | 322-⅞ | 306 (400-⅞) | |
| RNP 0.30  DA | | 376-1 | 360 (400-1) | |

## AUTHORIZATION REQUIRED

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

WEST PALM BEACH, FLORIDA
Amdt 2  01DEC22

26°41'N-80°06'W
803

PALM BEACH INTL (PBI)

# RNAV (RNP) Z RWY 32

Filed: 02/12/2026

# Exhibit O

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page



AL-419 (FAA)    26-022

# RNAV (GPS) X RWY 28R
### PALM BEACH INTL (PBI)

| APP CRS | Rwy Ldg | 8240 |
|---|---|---|
| 279° | TDZE | 18 |
| | Apt Elev | 20 |

RNP APCH - GPS.

RADAR required.

MISSED APPROACH: Climb to 3000 on the extended visual approach track to Rwy 28R and direct JANTU and on track 006° to MORGA and hold.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|---|---|---|---|
| 123.75 | 128.3  317.4 | 119.1  257.8 | 121.9  284.6 |

MISSED APCH FIX

MORGA

163°
343°
4 NM

006° (16.3)

JANTU

(IAF)
HETMO
4000 210K

176°
(3.9)
2500

(IF)
MCANE

1500
249°
(4)

Cross FLABS, fly visual to the airport along depicted track to Rwy 28R.

(FAF)
YOURS

249°
(3.5) to FREBY

∧335

279°

RW28R

FREBY

FLABS
VGF
(Visual
Guidance Fix)

MSA RW28R 25 NM

2600

| ELEV | 20 | D | TDZE | 18 |
|---|---|---|---|---|

TWR

A5

10L

10R

3214 X 75
10001 X 150

28R

28L

32

279°

VGSI and descent angles not coincident (VGSI Angle 3.00/TCH 70).

| 3000 | JANTU | tr 006° | MORGA |
|---|---|---|---|

Turns required in the visual segment.

Fly visual to airport, 279° 0.9 NM.

MCANE

YOURS

249°
2500

RW28R

FREBY
420

FLABS
580

279°

0.9 NM

3.5 NM

4 NM

1500

∠3.10°
TCH 60

| CATEGORY | A | B | C | D |
|---|---|---|---|---|
| LNAV MDA | 580-1¾ | | 562 (600-1¾) | |

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

Orig  17APR25

26°41'N-80°06'W

SE-3, 22 JAN 2026 to 19 MAR 2026

Filed: 02/12/2026

# Exhibit P

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page

WEST PALM BEACH, FLORIDA                          AL-419 (FAA)                                          26022

| APP CRS **099°** | Rwy Ldg **8151** TDZE **16** Apt Elev **20** | | **RNAV (GPS) Y RWY 10L** PALM BEACH INTL (PBI) |

RNP APCH - GPS.

For inop ALS, increase LNAV all Cats visibility to 1½ SM.

MALSR

MISSED APPROACH: Climb to 600 then climbing left turn to 3000 direct MORGA and hold.

| D-ATIS **123.75** | PALM BEACH APP CON **128.3  317.4** | PALM BEACH TOWER **119.1  257.8** | GND CON **121.9  284.6** |



| CATEGORY | A | B | C | D |
|---|---|---|---|---|
| LNAV MDA | | **440/60** 424 (500-1¼) | | |

ELEV 20    D    TDZE 16

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

WEST PALM BEACH, FLORIDA
Amdt 5  22JAN26

PALM BEACH INTL (PBI)
**RNAV (GPS) Y RWY 10L**

26°41'N-80°06'W
805

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page

# Exhibit Q

Case #26-1034    Document #2159433    Filed: 02/12/2026    Page

WEST PALM BEACH, FLORIDA    AL-419 (FAA)    26022

# RNAV (GPS) Y RWY 14
PALM BEACH INTL (PBI)

| WAAS | | Rwy Ldg | **6000** |
|---|---|---|---|
| CH **40018** | APP CRS | TDZE | **17** |
| **W14A** | **141°** | Apt Elev | **20** |

RNP APCH - GPS.

▽ Rwy 14 helicopter visibility reduction below ¾ SM NA. For uncompensated
△ Baro-VNAV systems, LNAV/VNAV NA below 6°C or above 54°C.

MISSED APPROACH: Climb to 2000
direct PIBOY and on track 205° to
LANCH and hold.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|---|---|---|---|
| **123.75** | **128.3  317.4** | **119.1  257.8** | **121.9  284.6** |



SE-3, 22 JAN 2026 to 19 MAR 2026

| CATEGORY | A | B | C | D |
|---|---|---|---|---|
| LPV          DA | | 269-¾ | 252 (300-¾) | |
| LNAV/VNAV  DA | | 338-1 | 321 (400-1) | |
| LNAV MDA | 460-1 | 443 (500-1) | 460-1⅜ | 443 (500-1⅜) |
| CIRCLING | 560-1 | 540 (600-1) | 740-2  720 (800-2) | 780-2½  760 (800-2½) |

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

WEST PALM BEACH, FLORIDA
Amdt 4A  25JAN24

26°41'N-80°06'W

PALM BEACH INTL (PBI)
# RNAV (GPS) Y RWY 14

# Exhibit R

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page

WEST PALM BEACH, FLORIDA    AL-419 (FAA)    26022

| WAAS<br>CH 45518<br>**W28A** | APP CRS<br>**279°** | Rwy Ldg **8240**<br>TDZE **18**<br>Apt Elev **20** | **RNAV (GPS) Y RWY 28R**<br>PALM BEACH INTL (PBI) |
|---|---|---|---|

| RNP APCH - GPS. | |
|---|---|
| ▽ For uncompensated Baro-VNAV systems, procedure NA below<br>⚠ 6°C or above 54°C. | MISSED APPROACH: Climb to 500 then climbing<br>right turn to 3000 direct MORGA and hold. |

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|---|---|---|---|
| **123.75** | **128.3  317.4** | **119.1  257.8** | **121.9  284.6** |

Plan view:
- MORGA  163° / 343°  4 NM
- MSA RW28R 25 NM  2600
- RW28R
- 200  (FAF) RELTY
- 1500 (6)  279°
- (IF/IAF) CUPED
- 099° / 279°  4 NM  HOLD  6000/3000

| ELEV 20 | D | TDZE 18 |
|---|---|---|

Profile / minimums section:

VGSI and RNAV glidepath not coincident
(VGSI Angle 3.00/TCH 70).

4 NM Holding Pattern

CUPED  099° / 279°  6000 / 3000

RELTY  1500  279°

1.2 NM to RW28R

RW28R  1500

GP 3.00°
TCH 58

1.2 — 3.3 NM — 6 NM

| CATEGORY | A | B | C | D |
|---|---|---|---|---|
| LPV  DA | 218/40 | | 200 (200-¾) | |
| LNAV/<br>VNAV  DA | 342/50 | | 324 (400-1) | |
| LNAV MDA | 460/55 | 442 (500-1) | 460-1⅜ | 442 (500-1⅜) |
| CIRCLING | 560-1 | 540 (600-1) | 740-2<br>720 (800-2) | 780-2½<br>760 (800-2½) |

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

Airport diagram:
- TWR
- 6921 X 150
- 10001 X 150
- 3214 X 75
- 28R / 28L
- 10L / 10R
- 32 / 14
- 279°

WEST PALM BEACH, FLORIDA    PALM BEACH INTL (PBI)
Amdt 3A  01DEC22    26°41'N-80°06'W    **RNAV (GPS) Y RWY 28R**
807

# Exhibit S

ase #26-1034    Document #2159433    Filed: 02/12/2026    Page



WEST PALM BEACH, FLORIDA    AL-419 (FAA)    26022

# RNAV (GPS) Y RWY 32
## PALM BEACH INTL (PBI)

| WAAS | APP CRS | Rwy Ldg | 6513 |
|---|---|---|---|
| CH 62903 | 321° | TDZE | 16 |
| **W32A** | | Apt Elev | 20 |

RNP APCH - GPS.

MISSED APPROACH: Climb to 3000 direct FOMID and on track 005° to MORGA and hold.

▼ Circling to Rwy 10L NA at night. Rwy 32 helicopter visibility reduction below ¾ SM NA.
△ For uncompensated Baro-VNAV systems, LNAV/VNAV NA below 6°C or above 54°C.

| D-ATIS | PALM BEACH APP CON | PALM BEACH TOWER | GND CON |
|---|---|---|---|
| 123.75 | 128.3  317.4 | 119.1  257.8 | 121.9  284.6 |

MISSED APCH FIX

MORGA △  163°  343°  4 NM

MSA RW 32 25 NM  2600

(11.1)  005° (3000)

FOMID

RW32  181°A

(FAF) RUMDE

1500 321° (7.5)

(IF) LIDRE

Procedure NA for arrivals at LIDRE on V295 southbound.

| ELEV | 20 | D | TDZE | 16 |
|---|---|---|---|---|

VGSI and RNAV glidepath not coincident (VGSI Angle 3.25/TCH 57).

| 3000 | FOMID | tr 005° | MORGA △ |
|---|---|---|---|

RUMDE  LIDRE
1500  3000
RW32  321°
1.1 NM to RW32  1500  GP 3.00° TCH 57

|  | 1.1 NM | 3.4 NM | 7.5 NM |
|---|---|---|---|

TWR  321°  A5  10L  10R  3214 X 75  28L  10001 X 150  28R  32

HIRL Rwy 10L-28R
REIL Rwys 10R, 14, 28L, 28R and 32
MIRL Rwys 14-32 and 10R-28L

| CATEGORY | A | B | C | D |
|---|---|---|---|---|
| LPV         DA | | 266-¾  250 (300-¾) | | |
| LNAV/VNAV   DA | | 342-1  326 (400-1) | | |
| LNAV MDA | 440-1  424 (500-1) | | 440-1¼  424 (500-1¼) | |
| CIRCLING | 560-1  540 (600-1) | | 740-2  720 (800-2) | 780-2½  760 (800-2½) |

SE-3, 22 JAN 2026 to 19 MAR 2026

# Exhibit T



**TAKEOFF MINS**

26022

## WEST PALM BEACH, FL (CON'T)

### PALM BEACH COUNTY PARK (LNA) (CON'T)

**Rwy 34 (CON'T),** trees beginning 796' from DER, 298' right of centerline, up to 57' MSL.
Trees, pole beginning 888' from DER, 87' left of centerline, up to 51' MSL.
Tree 1013' from DER, 133' left of centerline, 53' MSL.
Trees beginning 1100' from DER, 67' left of centerline, up to 58' MSL.
Tree, poles beginning 1133' from DER, 204' right of centerline, up to 59' MSL.
Trees beginning 1412' from DER, 32' left of centerline, up to 69' MSL.

### PALM BEACH INTL (PBI)

DIVERSE VECTOR AREA (RADAR VECTORS)
ORIG 22JAN26 (26022) (FAA)

**Rwy 10L,** heading as assigned by ATC; requires min climb of 720'/NM to 416. Takeoff must occur no later than 2000' prior to DER. Do not exceed 210K until established north-northwest bound.
**Rwy 10R,** heading as assigned by ATC; requires min climb of 350'/NM to 414. Do not exceed 150K until established south-southwest bound.
**Rwys 14, 28L/R, 32,** heading as assigned by ATC.

TAKEOFF MINIMUMS AND (OBSTACLE) DEPARTURE PROCEDURES
AMDT 4 22JAN26 (26022) (FAA)

TAKEOFF MINIMUMS:
**Rwy 10R,** std w/min climb of 350'/NM to 414.
DEPARTURE PROCEDURE:
**Rwy 10L,** use AHABB DEPARTURE.
**Rwy 10R,** climb on a heading between 160° CW to 278° from DER. Do not exceed 150K until established south-southwest bound.
**Rwy 14,** climb on a heading between 147° CW to 320° from DER.
**Rwy 28L,** climb on heading 279° to 1200 before turning left.
**Rwy 28R,** climb on heading 279° to 1200 before turning left.
TAKEOFF OBSTACLE NOTES:
**Rwy 10R,** sign 40' from DER, 99' right of centerline, 4' AGL/17' MSL.
Sign 76' from DER, 231' left of centerline, 3' AGL/17' MSL.
Buildings, trees, pole beginning 176' from DER, 449' right of centerline, up to 45' AGL/57' MSL.
Poles beginning 1234' from DER, 735' right of centerline, up to 49' AGL/63' MSL.
**Rwy 14,** light poles 10' from DER, 54' left of centerline, 2' AGL/17' MSL.
Light poles 10' from DER, 55' right of centerline, 2' AGL/17' MSL.
Trees, fences, vehicles on road beginning 168' from DER, 21' right of centerline, up to 53' MSL.
Vehicle on road 540' from DER, 72' left of centerline, 33' MSL.
Vehicles on road beginning 570' from DER, 1' left of centerline, up to 35' MSL.
Trees beginning 571' from DER, 568' right of centerline, up to 67' MSL.
Pole 649' from DER, 24' left of centerline, 18' AGL/38' MSL.
Pole 740' from DER, 203' left of centerline, 24' AGL/43' MSL.
Trees beginning 863' from DER, 76' right of centerline, up to 70' MSL.
Trees, poles beginning 939' from DER, 74' right of centerline, up to 95' MSL.
Pole 1028' from DER, 515' left of centerline, 40' AGL/57' MSL.
Transmission line tower, tree, wall beginning 1028' from DER, 360' left of centerline, up to 52' AGL/62' MSL.
Pole 1222' from DER, 526' left of centerline, 52' AGL/71' MSL.
Pole 1414' from DER, 719' left of centerline, 61' AGL/80' MSL.
Tree 2017' from DER, 575' left of centerline, 84' MSL.
Trees beginning 2051' from DER, 83' left of centerline, up to 90' MSL.
Tree 2936' from DER, 149' right of centerline, 106' MSL.
**Rwy 28L,** sign at DER, 165' left of centerline, 3' AGL/19' MSL.
Utility building, light poles beginning 10' from DER, 82' left of centerline, up to 4' AGL/20' MSL.
Utility building, light poles beginning 10' from DER, 83' right of centerline, up to 6' AGL/20' MSL.
Sign 12' from DER, 121' right of centerline, 6' AGL/21' MSL.
Tree, pole beginning 1188' from DER, 609' left of centerline, up to 59' MSL.
Trees, pole beginning 1284' from DER, 439' left of centerline, up to 69' MSL.
Trees beginning 1584' from DER, 199' left of centerline, up to 72' MSL.
Tree 2547' from DER, 13' right of centerline, 83' MSL.
Tree 2552' from DER, 126' left of centerline, 84' MSL.
Trees beginning 2562' from DER, 48' right of centerline, up to 90' MSL.
Tree 2683' from DER, 48' right of centerline, 91' MSL.
Tree 2735' from DER, 17' left of centerline, 90' MSL.
Trees beginning 2739' from DER, 14' right of centerline, up to 94' MSL.
Tree 2754' from DER, 49' left of centerline, 92' MSL.
**Rwy 28R,** building 190' from DER, 435' right of centerline, 12' AGL/28' MSL.
Poles, trees beginning 1208' from DER, 204' left of centerline, up to 42' AGL/59' MSL.
Poles beginning 1236' from DER, 237' right of centerline, up to 41' AGL/58' MSL.
Sign 1287' from DER, 156' right of centerline, 42' AGL/59' MSL.
Trees beginning 1405' from DER, 569' left of centerline, up to 62' MSL.
Trees beginning 1431' from DER, 579' left of centerline, up to 68' MSL.
Tree 1432' from DER, 484' right of centerline, 63' MSL.
Tree 1490' from DER, 605' right of centerline, 73' MSL.
Tree 1702' from DER, 547' right of centerline, 78' MSL.
**CON'T**

SE-3, 22 JAN 2026 to 19 MAR 2026

SE-3, 22 JAN 2026 to 19 MAR 2026

**TAKEOFF MINS**

**SE-3** 



## WEST PALM BEACH, FL (CON'T)

PALM BEACH INTL (PBI)(CON'T)

**Rwy 28R (CON'T),** trees beginning 1729' from DER, 572' left of centerline, up to 71' MSL.
Trees beginning 1833' from DER, 686' left of centerline, up to 83' MSL.
Tree 1838' from DER, 825' left of centerline, 84' MSL.
Trees beginning 1848' from DER, 618' left of centerline, up to 90' MSL.
Trees beginning 1970' from DER, 651' left of centerline, up to 91' MSL.
Trees beginning 2025' from DER, 331' left of centerline, up to 94' MSL.
**Rwy 32,** signs, light poles beginning 4' from DER, 55' left of centerline, up to 4' AGL/21' MSL.
Light poles beginning 9' from DER, 54' right of centerline, up to 2' AGL/18' MSL.
Tree 1108' from DER, 769' right of centerline, 86' MSL.
Tree 1368' from DER, 233' left of centerline, 58' MSL.
Trees beginning 1484' from DER, 549' right of centerline, up to 89' MSL.
Trees beginning 1993' from DER, 443' left of centerline, up to 88' MSL.

## WHITING FLD NAS-NORTH (KNSE)

MILTON, FL

TAKEOFF MINIMUMS AND (OBSTACLE) DEPARTURE PROCEDURES
AMDT 1  28DEC23  (23362)  (USN)

TAKEOFF OBSTACLE NOTES:
**Rwy 5,** trees 1816' from DER, 386' right of centerline, 230' MSL.
**Rwy 14,** terrain 0' from DER, 484' right of centerline, 167' MSL.
Terrain 254' from DER, 568' right of centerline, 167' MSL.
Trees 2373' from DER, 691' right of centerline, 241' MSL.
Trees 2427' from DER, 558' right of centerline, 222' MSL.
Trees 2431' from DER, 781' right of centerline, 246' MSL.
**Rwy 23,** terrain 0' from DER, 172' left of centerline, 171' MSL.
Terrain 0' from DER, 287' right of centerline, 170' MSL.

## WHITING FLD NAS-SOUTH (KNDZ)

MILTON, FL

TAKEOFF MINIMUMS AND (OBSTACLE) DEPARTURE PROCEDURES
28DEC23  (23362)  (USN)

TAKEOFF OBSTACLE NOTES:
**Rwy 5,** terrain 0' from DER, 500' left of centerline, 178' MSL.
Trees 973' from DER, 686' right of centerline, 200' MSL.
**Rwy 14,** terrain 0' from DER, 500' left of centerline, 171' MSL.
Terrain 81' from DER, 500' left of centerline, 171' MSL.
Terrain 173' from DER, 546' left of centerline, 171' MSL.
**Rwy 23,** trees 841' from DER, 370' left of centerline, 192' MSL.
**Rwy 32,** terrain 0' from DER, 500' right of centerline, 192' MSL.
Trees 546' from DER, 429' right of centerline, 217' MSL.
Twr 606' from DER, 457' right of centerline, 213' MSL.
Trees 752' from DER, 621' right of centerline, 221' MSL.
Trees 1229' from DER, 512' right of centerline, 212' MSL.
Trees 1336' from DER, 564' left of centerline, 206' MSL.
Trees 1576' from DER, 535' right of centerline, 230' MSL.
Trees 1618' from DER, 295' left of centerline, 224' MSL.
Trees 2125' from DER, 73' right of centerline, 242' MSL.
Twr 2522' from DER, 1113' right of centerline, 62' AGL/235' MSL.

## WILLISTON, FL

WILLISTON RGNL (X60)
TAKEOFF MINIMUMS AND (OBSTACLE) DEPARTURE PROCEDURES
AMDT 2B  05NOV20  (25219)  (FAA)

TAKEOFF MINIMUMS:
**Rwy 5,** 400-2½ or std w/min climb of 257' per NM to 600.
**Rwy 14,** 300-2 or std w/min climb of 205' per NM to 500.
**Rwys 18, 36,** NA-Environmental.
DEPARTURE PROCEDURE:
**Rwy 5,** climb heading 049° to 500 before proceeding on course.
**Rwy 14,** climb heading 142° to 600 before proceeding on course.
**Rwy 23,** climb on a heading between 253° CW 048° from DER, or min climb of 249' per NM to 1900 for all other courses.
**CON'T**



# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Appellate Procedure 15(c) and D.C. Circuit Local Rule 15(a), I hereby certify that on this 12th day of February, 2026, I mailed a copy of the foregoing Petition for Review, by certified U.S. Mail to the Federal Aviation Administration:

The Honorable Bryan Bedford                *Federal Aviation Administration*
Administrator
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591

and a copy by certified U.S. mail and electronic mail to the following:

William McKenna                *Counsel for the Federal Aviation*
Chief Counsel                *Administration*
Office of the Chief Counsel
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591
liam.mckenna@faa.gov

Rebecca Jaffe                *Counsel for the Federal Aviation*
Robert Lundman                *Administration*
U.S. Department of Justice
Environment & Natural Resources
Section, Appellate
P.O. Box 7415
Ben Franklin Station
Washington, D.C. 20044

*/s/ Steven L. Osit*